STATE OF NEW JERSEY v. ARLENE FORTUNATO.

June 3, 1981.

Petition for certification denied.

EDWARD APPLEGATE v. BEN KRAN.

June 3, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. GARY LEE DAVIS.

June 3, 1981.

Petition for certification denied.

IN THE MATTER OF VINCENT P. ORSI.

June 3, 1981.

Petition for certification denied.